Probation Form No. 34
(1/92)

Report and Order Terminating Probation / Supervised Release

UNITED STATES DISTRICT COURT
for the
Western District Of North Carolina

FILED
ASHEVILLE, N.C.

AUG 16 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA

Vs.

John W Garvy
Crim. No: 0419 1:05CR00265-001

The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 5/11/2006 . Therefore, the period of Probation/TSR expired on 5/10/2007, and the defendant is now unconditionally discharged by this agency.

Respectfully submitted,

*Stephen W. Cook* (signature)

Stephen D. Cook
U.S. Probation Officer